IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY REDLEY, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| WHOLE FOODS MARKET | : | |
| GROUP, INC. *et al.*, | : | No. 19-2908 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 24th day of February, 2021, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 25), Plaintiff's Response in Opposition (Doc. No. 28), Defendants' Reply in Support of Summary Judgment (Doc. No. 39), Plaintiff's Motion for Leave to File an Amended Brief (Doc. No. 39), the Court's Order granting the Motion for Leave to File an Amended Brief (Doc. No. 40), Defendants' Reply in Support of Summary Judgment (Doc. No. 42), and Plaintiff's Sur-reply in Opposition to Summary Judgment (Doc. No. 43), it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (Doc. No. 25) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' Motion is **GRANTED IN PART** as to Plaintiff's Disparate Treatment claim, as detailed in the accompanying memorandum;

2. Defendants' Motion is **GRANTED** as to Plaintiff's Disparate Impact claim;

3. Defendants' Motion is **DENIED** as to Plaintiff's Hostile Work Environment claim.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE